**Order entered July 1, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00138-CV

## IN THE MATTER OF Z.T.

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-20-00919-X**

## ORDER

Before the Court is appellant's July 1, 2021 motion for an extension of time to file her brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant filed as of today's date.

Appellee's brief is due **July 21, 2021**. In light of the 180-day statutory deadline for disposing of this appeal, we caution appellee that extension requests will be strongly disfavored.

/s/ AMANDA L. REICHEK
   JUSTICE